UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Artur Sarkisov, | Case No. 2:25-cv-02321-JAD-DJA |
| Petitioner | |
| v. | **Order Granting Motion to Proceed *In Forma Pauperis*, Appointing Counsel, Directing Service of 28 U.S.C. § 2241 Petition, and Setting a Briefing Schedule** |
| Pamela Bondi, et al., | |
| Respondents | [ECF Nos. 1, 1-1, 2, 4] |

Petitioner Artur Sarkisov, an immigration detainee, has filed a motion to proceed *in forma pauperis*, a petition for federal habeas corpus relief under 28 U.S.C. § 2241, and a motion for appointment of counsel.[1] The Federal Public Defender then filed a motion requesting to be appointed in this matter.[2] I find that good cause exists to grant Sarkisov's motion to proceed *in forma pauperis* and that appointment of the FPD is in the interests of justice given, among other things, the complexities of this case and the FPD's familiarity with this case.[3] And, following a preliminary review of the petition under the Rules Governing Section 2254 Cases,[4] I direct that the petition be served on respondents.

---

[1] ECF Nos. 1, 1-1, 2.

[2] ECF No. 4.

[3] Prisoners applying for habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due-process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)). Indeed, the court may appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196.

[4] I exercise my discretion to apply the rules governing 28 U.S.C. § 2254 petitions to this 28 U.S.C. § 2241 action. Habeas Rule 1(b).

IT IS THEREFORE ORDERED that the motion to proceed *in forma pauperis* **[ECF No. 1] is granted.**

IT IS FURTHER ORDERED that **the motions for appointment of counsel [ECF Nos. 2, 4] are granted.** The Federal Public Defender for the District of Nevada is appointed and will represent Sarkisov in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to:

1. **FILE** the petition (ECF No. 1-1).

2. **DELIVER** a copy of the petition (ECF No. 1-1) and this Order to the U.S. Marshal for service.

3. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

4. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1-1), this Order, and all other filings in this matter to the United States Attorney for the District of Nevada, at Sigal.Chattah@usdoj.gov, Summer.Johnson@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

5. **MAIL** a copy of the petition (ECF No. 1-1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    - Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

- Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528
- Michael Bernacke, Salt Lake City ICE Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096
- Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536
- John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

IT IS FURTHER ORDERED that the U.S. Marshal is directed to **SERVE** a copy of the petition (ECF No. 1-1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that counsel for the respondents must file a notice of appearance within 3 days of the date of this order and file and serve their answer to the petition within 14 days of the date of this order, unless additional time is allowed for good cause shown.

IT IS FURTHER ORDERED that Sarkisov's reply brief, if he chooses to file one, is due within 7 days of service of respondents' answer.

Dated: December 3, 2025

_____
U.S. District Judge Jennifer A. Dorsey